# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D23-2009
Lower Tribunal No. CF20-008679-XX

———————————————————

LIZETH ALMENDRA-CANDELARIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and MIZE, JJ., concur.

Robert A. Norgard, of Norgard and Chastang, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED